

DOCKET NO. 401

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE COLE PATENT LITIGATION

TRANSFER ORDER

All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transfer of the action pending in the Central District of California to the District of Delaware for coordinated or consolidated pretrial proceedings with the actions pending there. The Panel has found upon consideration of the papers submitted[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Central District of California be, and the same hereby is, transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Walter K. Stapleton for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Murray I. Gurfein
Chairman

---

[1] The parties waived oral argument and, accordingly, the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

SCHEDULE A

## CENTRAL DISTRICT OF CALIFORNIA

Lear Siegler, Inc. v. RCA Corporation           Civil Action
                                                No. CV79-1929-R

## DISTRICT OF DELAWARE

RCA Corporation v. Applied Digital Data         Civil Action
Systems, Inc.                                   No. 78-198

RCA Corporation v. Hazeltine                    Civil Action
Corporation                                     No. 79-243